## Commonwealth *v.* Antone, Appellant.

Before MEADE, J., without a jury.

Argued December 11, 1968. *Michael F. Walsh,* for appellant; *James D. Crawford,* Assistant District Attorney, with him *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.